**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERZHIK AVASSAPIAN,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN ADELANTO DETENTION FACILITY, ET AL.,<br><br>                    Respondents. | Case No. 5:25-cv-02295-SSS-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The deadline to file objections has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED.  Respondents shall not re-detain Petitioner without providing a pre-deprivation hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that circumstances have changed as to Petitioner's danger to the community or flight risk, and that no condition other than his detention would be sufficient to prevent those harms.

Respondents also shall not impose any release restriction unless deemed necessary at a pre-deprivation bond hearing.  Finally, Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 1, 2026

HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2