J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SERZHIK AVASSAPIAN,

　　　　　　　Petitioner,

　　v.

WARDEN ADELANTO DETENTION FACILITY, ET AL.,

　　　　　　　Respondents.

Case No. 5:25-cv-02295-SSS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents shall not re-detain Petitioner without providing a pre-deprivation hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that circumstances have changed as to Petitioner's danger to the community or flight risk, and that no condition other than his detention would be sufficient to prevent those harms.  Respondents also shall not impose any release restriction unless deemed necessary at a pre-deprivation bond hearing.  Finally,

Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).

DATED:  June 1, 2026

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2